**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00462-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILSON MEDARDO-RODRIGUEZ,
    a/k/a Jesus Chavez-Carillo,
    a/k/a Jesus Chavez,
    a/k/a Vincente Montano,
    a/k/a Jesus Gallardo,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
SETTING CHANGE OF PLEA HEARING**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to the Notice of Disposition (Doc. # 11), a Change of Plea hearing is set for **January 6, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on January 5, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the change of plea hearing. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F). It is

    FURTHER ORDERED that the Final Trial Preparation Conference currently set for December 29, 2008 and the three-day jury trial set to commence on January 12, 2009 are VACATED.

    DATED: December 15, 2008